FILE COPY

No. 07-14-00001-CR

| | | |
|---|---|---|
| Tony Carrasco<br>  Appellant | § | From the 286th District Court<br>  of Hockley County |
| | § | |
| v. | | October 20, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 20, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o